UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62317-CIV-COHN/SELTZER

BBX CAPITAL CORPORATION,
formerly BankAtlantic Bancorp, Inc.,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORP.,
in its corporate capacity, and BOARD OF
GOVERNORS OF THE FEDERAL RESERVE BOARD,

    Defendants.
_____/

## ORDER VACATING TRIAL DATE AND SETTING HEARING

**THIS CAUSE** is before the Court upon the parties' cross-motions for summary judgment [DE 40, 41, and 44] ("Motions"). The Court has carefully considered the Motions, the parties' briefing on same, and is otherwise advised in the premises. Upon consideration of Plaintiff's request for oral argument on the Motions, the Court will set the Motions for hearing. It is accordingly **ORDERED AND ADJUDGED** as follows:

1. A three-hour hearing on the Motions is hereby set before the Honorable James I. Cohn, United States District Judge, at the United States District Court at 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida, at **9:30 a.m.** on **November 9, 2018**.

2. The dates for trial and calendar call in this matter, see DE 5, and all related pretrial deadlines, are hereby **VACATED**. See, e.g., Brinklys v. Johnson, 175 F. Supp. 3d 1338, 1350 (M.D. Fla. 2016) ("[s]ummary judgment is the mechanism for deciding whether as a matter of law the agency action is

supported by the administrative record and is otherwise consistent with the APA standard of review.").

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of September, 2018.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.